474 A.2d 688

Commonwealth v. Furtick, Appellant.

Argued January 18, 1984. Martin Glenn Rubenstein, for appellant;

Denis P. Cohen, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, HESTER and ROBERTS, JJ.

Judgment of sentence affirmed.